# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 25, 2022

Lyle W. Cayce
Clerk

No. 21-40847
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Roberto Rivera-Loera,

*Defendant—Appellant*.

———————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:20-cr-243-1

———————

Before Barksdale, Higginson, and Ho, *Circuit Judges*.

Per Curiam:*

In May 2020, Roberto Rivera-Loera pleaded guilty to transporting an alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), (a)(1)(B)(ii), and was sentenced to two years' probation. The district court

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-40847

in October 2021 revoked Rivera's probation for failure to comply with its terms and sentenced him to six months' imprisonment.

For this resulting appeal, our court granted Rivera's requested remand to permit the district court to correct the written judgment.

Because that court has granted the requested relief on limited remand, and as Rivera accordingly acknowledges in his subsequent 10 June 2022 letter to our court, this appeal is moot. *See United States v. Heredia-Holguin*, 823 F.3d 337, 340 (5th Cir. 2016) (en banc) (explaining "case becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party" (citation omitted)).

DISMISSED.